UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                **MEMORANDUM**

        -against-                                    19 Cr. 379 (VB)

DAVID WINNE,

                          Defendant.
-----------------------------------------------------------X

TO: <u>Vincent L. Briccetti, United States District Judge:</u>

      Please find attached a transcript of the May 23, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 8, 2019
       White Plains, New York

                                                Respectfully Submitted,

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge