UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____*US*_____,
Plaintiff(s),

v.

_____*Winne*_____,
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

*5/20/22*

*19 CR 379* (VB)

PLEASE TAKE NOTICE that the above-captioned case has been (scheduled)/re-scheduled for:

\_\_\_ Status conference

\_\_\_ Telephone conference

\_\_\_ Pre-motion conference

\_\_\_ Settlement conference

\_\_\_ Oral argument

\_\_\_ Bench ruling on motion

\_\_\_ Final pretrial conference

\_\_\_ Jury selection and trial

\_\_\_ Bench trial

\_\_\_ Suppression hearing

\_\_\_ Plea hearing

✓ Sentencing

on *9-7-*, 20*22*, at *11:00 AM*, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: *5-20-*, 20*22*
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge